# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| AirBoss Defense Group, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>United States,<br><br>      Defendant. | No.: 24-365 C |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff, AirBoss Defense Group, LLC ("ADG"), moves for leave to file under seal its Complaint and proposed Redacted Complaint dated February 28, 2024. This is a bid protest under 28 U.S.C. §1491(b) challenging the decision by the U.S. Department of Health and Human Services, Administration for Strategic Preparedness and Response ("HHS") to exclude ADG from the competitive range in the procurement under Request for Proposal No. 75A50322R00008 ("RFP") for Level 2 Isolation Gowns.

The basis for ADG's request to file the Complaint and proposed Redacted Complaint under seal, is that the Complaint discusses in detail sensitive source selection information, which would be competitively harmful if released to the public. For this reason, ADG respectfully requests that the Court permit the Complaint and proposed Redacted Complaint to be filed under seal pursuant to Rule 5.2(d) and Appendix C paragraph 4 of the Rules of the Court of Federal Claims.

\*\*\*

Dated: March 7, 2024

Respectfully submitted,

/s/ Daniel P. Graham
Daniel P. Graham
Llewelyn M. Engel
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, DC 20001
202-756-8890
*Counsel for AirBoss Defense Group, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2024, I caused a copy of the foregoing document to be electronically filed with the clerk using the Court's CM/ECF system. I further certify that I have served the foregoing document via Electronic Mail on the following:

United States Department of Justice
Commercial Litigation Branch
Civil Division, 8th Floor
1100 L Street NW
Washington, DC 20530
E-mail: nationalcourts.bidprotest@usdoj.gov

        s/ Daniel P. Graham
        Daniel P. Graham
        MCDERMOTT WILL & EMERY LLP
        500 North Capitol Street, N.W.
        Washington, DC 20001
        202-756-8890
        *Counsel for AirBoss Defense Group, LLC*