# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| AirBoss Defense Group, LLC, <br><br> Plaintiff, <br><br> v. <br><br> United States, <br><br> Defendant. | No.: 24-cv-00365 |

## MOTION FOR A PROTECTIVE ORDER

Pursuant to Rule 5.2(e) of the Rules of the United States Court of Federal Claims, Plaintiff, AirBoss Defense Group, LLC ("ADG"), hereby respectfully requests that the Court issue a standard Protective Order in this matter consistent with U.S. Court of Federal Claims Form 8, Protective Order in Procurement Protest Cases.

ADG believes that the issuance of a Protective Order is necessary to safeguard the confidentiality of competition-sensitive or otherwise protectable information likely to be disclosed orally or in writing during the course of this litigation.

ADG is likely to suffer serious competitive harm if such information is not adequately safeguarded.

\*\*\*

Dated: March 7, 2024                                   Respectfully submitted,

/s/ Daniel P. Graham
Daniel P. Graham
Llewelyn M. Engel
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, DC 20001
202-756-8890
*Counsel for AirBoss Defense Group, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2024, I caused a copy of the foregoing document to be electronically filed with the clerk using the Court's CM/ECF system. I further certify that I have served the foregoing document via Electronic Mail on the following:

United States Department of Justice
Commercial Litigation Branch
Civil Division, 8th Floor
1100 L Street NW
Washington, DC 20530
E-mail: nationalcourts.bidprotest@usdoj.gov

                                         s/ Daniel P. Graham
                                         Daniel P. Graham
                                         MCDERMOTT WILL & EMERY LLP
                                         500 North Capitol Street, N.W.
                                         Washington, DC 20001
                                         202-756-8890
                                         *Counsel for AirBoss Defense Group, LLC*