

| DEPARTMENT OF HEALTH & HUMAN SERVICES | Office of the General Counsel<br>General Law Division |
|---|---|

330 Independence Ave., SW
Room 4760 - Wilbur J. Cohen Building
Washington, DC  20201

March 26, 2024

<u>Via Electronic Filing – GAO EPDS</u>

Michael Price, Esquire
U.S. Government Accountability Office
Procurement Law Control Group
441 G Street, N.W.
Washington, D.C.  20548

**Re:    Protest of String King Lacrosse, LLC (B-420935.11)**
<u>**Agency Notice of Corrective Action and Request for Dismissal**</u>

Dear Mr. Price:

In light of the subject protest filed by String King Lacrosse, LLC and related protest before the United States Court of Federal Claims: *AirBoss Defense Group, LLC v United States*, No. 24-cv-00365, the Department of Health and Human Services, Administration for Strategic Preparedness and Response (the "Agency") has determined that corrective action is warranted. Accordingly, the Agency intends to take the following corrective action:

1. Cancel RFP No. 75A50322R00008;

2. Terminate Contract No. 75A50323C00013, the award made under the prior award decision which has been under a stop work order since October 2023;

3. Review and reconsider the Agency's requirement for isolation gowns, to include shelf-life considerations, which may include additional or updated market research and a new or revised acquisition plan for a new solicitation; and

4. Take other actions, as deemed necessary and appropriate by the Agency.

In light of this timely Notice of Corrective Action, the Agency requests that GAO dismiss the above-referenced protests as academic.  Additionally, the Agency respectfully requests suspension of the deadline to submit the Agency Report.

                                                  Respectfully submitted,

                                                  <u>/s/ Megan R. Nathan</u>
                                                  <u>/s/ Anthony E. Marrone</u>
                                                  <u>/s/ Robin Ray Coll</u>
                                                  Agency Counsel
                                                  HHS Office of the General Counsel